SOUTHERN RAILWAY COMPANY *v.* SCOTT.

LEWIS, J. The petition was good as against a general demurrer; there was no error in the admission of evidence, of which complaint was made; the requests to charge, so far as legal and pertinent, were covered by the general charge, which was a fair presentation of the law governing the case; and the evidence was sufficient to sustain the verdict.

*Judgment affirmed.    All the Justices concurring.*

Argued November 15, — Decided December 11, 1901.

Action for damages. Before Judge Clark. City court of For-
syth. May 16, 1901.

*Dessau, Harris & Harris,* for plaintiff in error.
*Persons & Persons,* contra.